## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:22-cr-133-02 (CKK) |
| ) | |
| HAIDER ALI ) | |
| _____ ) | |

### DEFENDANT ALI'S 2nd CONSENT MOTION TO MODIFY RELEASE CONDITIONS

NOW COMES Defendant HAIDER ALI, by and through undersigned counsel, and with the consent of the Government, hereby moves his Court to modify the conditions of his release to grant U.S. Pretrial Services general authority to also permit Mr. Ali to leave his home for up to an hour a day to engage in physical recreation within one mile of his home, so long as pre-scheduled and cleared by U.S. Pretrial Services.

This additional request for modification mirrors what was sought in the Consent Motion filed by co-defendant Taherzadeh yesterday, and is in addition to the relief Mr. Ali had sought in his earlier, still-pending Consent Motion.

Respectfully submitted,

  /s/ Gregory S. Smith
Gregory S. Smith
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
gregsmithlaw@verizon.net

### CERTIFICATE OF SERVICE

I certify that a copy of this DEFENDANT ALI'S 2nd CONSENT MOTION TO MODIFY RELEASE CONDITIONS is today being served on all counsel via the Court's ECF system.

This 10th day of May, 2022.

  /s/ Gregory S. Smith
Gregory S. Smith