

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20539*

June 23, 2022

| Counsel | Counsel For: |
|---|---|
| Michelle M. Peterson<br>Assistant Federal Public Defender<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004 | Arian Taherzadeh |
| Gregory Stuart Smith<br>Law Officer of Gregory S. Smith<br>913 East Capitol Street, SE<br>Washington, DC 20003 | Haider Ali |

Re:  *United States v. Taherzadeh, et al.,* Crim. No. 22-cr-133 (CKK)
     **Discovery Production No. 3**

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government has made available to you via USAfx its first production of material in the government's files related to the above captioned matter.  The production will be available on USAfx for 60 days, at which point it will expire.  Please download a copy for your files prior to the expiration. This production is covered by the Protective Order entered by the Court on May 10, 2022 (D.E. 35).

The production contains materials covering the Bates range US-0035419 to US-0069460. This production includes Grand Jury subpoena returns and transcripts of Grand Jury testimony.

A log of documents deemed "Sensitive" pursuant to the protective order has also been uploaded to USAfx.

Through this production, the government has also provided, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, or *Brady*, *Giglio*, and their progeny.  The fact that certain non-discoverable materials are provided in no way obligates the government to provide all

non-discoverable materials, and the fact that certain non-discoverable materials are provided should not be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

The government hereby continues to request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendants disclose prior statements of any witnesses the defendants intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendants with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, and 12.2, I request that defendants provide the government with the appropriate written notice if defendants plan to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

    Sincerely,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

By:    /s/ *Joshua S. Rothstein*
    JOSHUA S. ROTHSTEIN
    ELIZABETH ALOI
    Assistant United States Attorneys
    United States Attorney's Office
    601 D Street, N.W.
    Washington, D.C.  20539
    Telephone: 202-252-7164 (Rothstein)
    Telephone: 202-252-7212 (Aloi)
    Email: Joshua.Rothstein@usdoj.gov
    Email: Elizabeth.Aloi@usdoj.gov