UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,	) | |
| ) | |
| v.	) | Criminal No. 1:22-cr-133-02 (CKK) |
| ) | |
| HAIDER ALI	) | |
| _____ ) | |

**APPOINTED DEFENSE COUNSEL'S MOTION TO WITHDRAW
AND TO APPOINT SUCCESSOR COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

NOW COMES Gregory S. Smith, appointed under the Criminal Justice Act as counsel for Defendant HAIDER ALI, and hereby moves this Court to authorize his withdrawal from this case, and further moves the Court to appoint Mr. Ali new, successor counsel in this case.

It appears that counsel and Mr. Ali have reached a point of irreconcilable differences as to how this case should proceed.  Counsel also believes his continued representation potentially may raise a conflict of interest, if Mr. Ali decides to challenge his effectiveness as counsel on certain matters previously handled, such that withdrawal at this time is warranted and appropriate.  Mr. Ali has been advised by undersigned counsel that this motion is being filed.

WHEREFORE, it is requested that this Court issue an order permitting undersigned counsel to withdraw from this representation, and that the Court also promptly appoint a new CJA panel lawyer to serve as successor counsel to represent Mr. Ali in this case going forward.

Respectfully submitted,

   /s/ Gregory S. Smith
Gregory S. Smith
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
gregsmithlaw@verizon.net

CERTIFICATE OF SERVICE

I certify that a copy of this APPOINTED DEFENSE COUNSEL'S MOTION TO WITHDRAW AND TO APPOINT SUCCESSOR COUNSEL UNDER THE CRIMINAL JUSTICE ACT is today being served on all counsel via the Court's ECF system.

This 2nd day of November, 2022.

                                            /s/ Gregory S. Smith
                                            Gregory S. Smith