UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Crim. No. 22 - 133 - 02 (CKK) |
| ) | |
| ) | |
| HAIDER ALI ) | |
| ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel as substitute counsel for defendant Haider Ali, pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Haider Ali

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel and defense counsel of record this   21st   day of November,  2022.

/s/
Howard B. Katzoff