UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 22-133-02 (CKK)** |
| | : | |
| **HAIDER ALI,** | : | |
| | : | |
| **Defendant** | : | |

**UNOPPOSED MOTION FOR LIMITED UNSEALING OF NOVEMBER 10, 2022
*EX PARTE* HEARING ON THE MOTION TO WITHDRAW AS COUNSEL
SO THAT CURRENT COUNSEL CAN OBTAIN A TRANSCRIPT OF THE HEARING
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant, Haider Ali, by and through his attorney, Howard Katzoff, submits this Unopposed Motion requesting the limited unsealing of the November 10, 2022 Sealed *Ex Parte* Hearing on Defense Counsel's Motion To Withdraw As Attorney. In support of this Motion, the defendant states as follows.

Undersigned counsel was recently appointed to represent the defendant in this case. Prior to counsel's appointment, on November 10, 2022, the Court conducted a sealed ex parte hearing on defense counsel's motion to withdraw as attorney. Current counsel needs to obtain the transcript of the November 10th *ex parte* hearing, but it should otherwise remain under seal. Thus, counsel is respectfully requesting that the Court approve the limited unsealing of the November 10th hearing for the sole purpose of having the court reporter provide a transcript of the hearing to undersigned counsel for use in representing the defendant in this case.

Assistant United States Attorney Joshua Rothstein authorized counsel to represent that the Government has no objection to this request.

Wherefore, defendant respectfully requests that the Court authorize the limited unsealing of the November 10, 2022 Sealed *Ex Parte* Hearing on Defense Counsel's Motion To Withdraw As Attorney in order to permit the court reporter to provide a transcript of the hearing to defendant's current counsel; and further that the November 10, 2022 sealed *ex parte* hearing shall otherwise remain under seal.

Respectfully submitted,

/s/

HOWARD B. KATZOFF
717 D Street N.W., Suite 310
Washington, D.C. 20004
Telephone: (202) 783-6414
Email: katzoffh@aol.com
Counsel for Haider Ali

CERTIFICATE OF SERVICE

I hereby certify that this  30th  day of  November , 2022, the Defendant's Motion For Limited Unsealing of the November 10, 2022 Sealed Ex Parte Hearing was filed using the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record.

/s/
Howard B. Katzoff