UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>HAIDER ALI,<br>Defendant. | Criminal Action No. 22-133 (CKK) |

ORDER

It is this 9th day of January 2023,

ORDERED that the United States Probation Office shall finalize and file the Pre-sentence report for Defendant Haider Ali by no later than March 28, 2023; that the Government's Memorandum in Aid of Sentencing shall be filed by no later than April 7, 2023; and that Defendant's Memorandum in Aid of Sentencing shall be filed by no later than April 17, 2023; and it is

FURTHER ORDERED that the Sentencing of Defendant Haider Ali shall be held on April 25, 2023, at 2:00 p.m. in Courtroom 28A in the Annex.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE