**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  22 - 133 - 02  (CKK)** |
| | **:** | |
| | **:** | |
| **HAIDER ALI** | **:** | |
| _____ | **:** | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND TO PERMIT DEFENDANT TO ATTEND SCHOOL MEETINGS FOR HIS CHILDREN AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to modify his conditions of release to permit him to attend meetings relating to his children's education, including meetings to enroll them in their respective schools.  In support of this motion defendant states as follows:

1.      On or about April 12, 2022, Mr. Ali was released under the supervision of the Pretrial Services Agency High Intensity Supervision Program ("HISP") with home incarceration conditions that restrict him to his home except for court-approved matters.  It is counsel's understanding that thereafter defendant's conditions were modified to give the Pretrial Services Agency the authority to allow Mr. Ali to attend pre-scheduled legal and medical appointments, and to perform certain tasks related to caring for his children.  In addition, in or about May 2022, PSA was expressly authorized to permit him to attend a mee ting at the local school in order to enroll his daughter since the enrollment had to be "in-person".

2.      This month, Mr. Ali needs to enroll his son at school, and again the enrollment requires him to appear in-person.  Therefore, Mr. Ali contacted his PSA officer to get permission to leave his residence to enroll his son in school.  However, the PSA Officer indicated that the

prior authority to leave his residence for school enrollment was specific to his daughter, and did not refer to any of the other children.  As a result, the PSA Officer informed the defendant and undersigned counsel that a motion needs to be filed in order for PSA to allow Mr. Ali to attend a meeting at the school to enroll his son for the upcoming year.

3.      Counsel contacted Ms. Schuck, Mr. Ali's PSA Officer and asked about the defendant's compliance. Counsel also provided the name and address of the school, as well as the contact information for the school official.  The PSA Officer indicated that Mr. Ali continues to be fully compliant with all of his conditions.  She also indicated that based on his compliance, and the fact that he is on GPS monitoring, she does not anticipate any problems regarding PSA's ability to confirm each appointment in advance, set the appropriate time period for defendant to be away from his residence, and monitor his compliance on each occasion.  In addition, the PSA Officer discussed with counsel the possibility of seeking authority for the PSA to permit Mr. Ali to attend school meetings, as necessary, relating to all of his children (rather than for the specific child) so that additional motions will not have to be filed in the event there is a need for any follow-up meetings for his son, or meetings related to the other children's academic enrollments.

4.  The government authorized the defendant to represent that it does not oppose the request for Mr. Ali to be permitted to leave his residence to perform tasks to enroll his children in school and to meet other school requirements for the upcoming school year; and for the Pretrial Services Agency to approve and monitor those meetings and tasks.

WHEREFORE, defendant respectfully requests that the Court permit defendant to leave his residence to enroll his children in school, and to attend other meetings, as necessary, related to fulfilling the requirements for his children to attend school for the upcoming school year; and permit the Pretrial Services Agency to approve and monitor defendant's travel to and from such meetings and related tasks.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Haider Ali

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record, this   11th    day of July, 2023.

/s/
Howard B. Katzoff