IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 22 - 133 - 02 (CKK) |
| | : |
| HAIDER ALI | : |

## ORDER

This Court has considered the Defendant's Unopposed Motion To Modify Conditions of Release in order to permit Defendant to attend school meetings for his children, and to authorize the Pretrial Services Agency to approve and monitor such travel, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this 11th day of July, 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Mr. Ali is permitted to leave his residence to enroll his children in school, and to attend other meetings as necessary to meet the school requirements to enroll his children in school for the upcoming school year, and that the Pretrial Services Agency is authorized to approve and monitor defendant's travel to and from such meetings and related tasks. Mr. Ali is to call his PSA Officer before he leaves his home and when he returns. All other conditions shall remain the same.

**SO ORDERED.**

/s/
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE