August 3, 2023

Dear Judge Kotelly,

I hope this letter finds you in good health and high spirits. My name is Haider Sher Ali and I am scheduled to be sentenced before Your Honor on August 7 th . First I want to sincerely apologize to Your Honor, the government, the community, and my family for my conduct and serious lapse in judgment. I deeply regret these mistakes. I have been trying to deal with difficult financial and emotional suffering since I got myself into financial problems several years ago. Since my arrest I have been on home incarceration and have had a lot of time to reflect and suffer in silence thinking about the things I have done. I understand that my involvement in these offenses was inexcusable and requires punishment. As you decide my sentence I want to assure you that this experience has been a wake-up call for me, and I am committed to getting back to being the good person I was raised to be. I also want to give you a little perspective on how I ended up in the trouble I am in today.

I was raised by good parents, who moved the family from Pakistan to the United States with the hope of providing better opportunities for my siblings and me. I went to high school here, and was in college when my father had a health condition and was unable to work. My father was the main provider for our family paying the bills. Since he wasn't working anymore I started working full-time to help support the family. After years of working in the limousine business, I decided to establish a limousine company in 2009. I was a good limousine driver and had some good contracts and established clients, but I had no business training and I was always living from pay check to pay check. My goal in starting the company was to get to the point that I was not living paycheck to paycheck. I was introduced to Mr. Taherzadeh and told that he had a very successful business so I was hoping that a contract with him would put my company in a better financial position. However, that is not what happened. He offered me a position with AET Holdings with a promise of a 6 figure salary and instead of getting a contract I ended up putting money into AET Holdings and losing it. I ended up being worse off than before as I had maxed out personal credit cards and also lost the savings I had in the bank.

After losing the money to AET Holdings, I needed financial help with my limousine business so I reached out to some businessmen in my community asking for some financial guidance and help. Some of those individuals claimed they could get me a loan even though I had bad credit at the time. I thought these individuals would be able to expeditiously help me through these difficult times and I welcomed their help.  I trusted them as they brought some new clients and I even agreed to relinquish control of the limo company because I was convinced they were getting the company's finances in order.  What I didn't realize was that their help would lead to my involvement in the bank fraud.  They took care of the finances of the company, while I stayed on as an "employee".  I was taking care of the current clients and trying to get new clients, but I was also often their chauffeur and right hand man driving them to the bank, or to get the merchant terminals, to take others to the bank to open accounts and get debit cards. As a result I ended up in the middle of a fraud scheme and was paid from the proceeds of the scheme, but the majority of the monies went to the others.   Initially, I questioned them about some of the business transactions, and naturally I was given explanations minimizing the nature and extent of the fraud scheme.  My main focus during that time was on their assurances that they would help me get my finances in order, and I remained involved with them when I should have left.  I trusted individuals who I did not know and am now paying an huge price.  In 2019 I learned that the activity was more serious than I realized.  I tried to find a way out of this mess but the accounts were still being operated in my name and it proved very difficult.  This was one of the worst years of my life, very stressful with severe mental torture. In the middle of 2020 I saw Mr. Taherzadeh dressed up as a federal agent on social media and I contacted him and asked if there might be a career opportunity for me with the government. He told me that this would be a way for me to get back the money I lost with him a few years earlier, and that he would help me.

The worst part about leaving the Limo business was that it led me back to Mr. Taherzadeh, and I naively joined him at USSP hoping to become a federal law enforcement officer. I had been burned by Mr. Taherzadeh in the past, so I can't explain why I chose to trust him again.   He introduced me to several federal and State law enforcement officers that were usually hanging out with him in his command center. I decided to join him since this was a dream I had after high school when I had applied to become a police officer and passed the initial exam in Fairfax county but couldn't go further since I wasn't a US citizen at that time.

I began spending my time getting training and certificates under the guidance and direction Mr. Taherzadeh, and towards the end of 2020 I was finally able to minimize my contact with the limo business.  I told Mr. Taherzadeh about the bank fraud and the difficulties I had getting away from that mess and he told me that he would be able to help shield me from any problems and working with him and USSP would put him in a position to have immunity which of course was not true. Mr Taherzadeh helped me fill out applications and signed me up with different programs to  complete various certifications. For example, I did courses online at Police One Academy, got a FEMA student ID, took a DHS Bomb training course, obtained certifications online  at a Texas university, and applied for my Special Police Officer license in D.C.. I am including some of the certificates I received. I also did live training in an apartment with Mr. Taherzadeh and a couple federal agents who also taught me shooting technique, stance, and other things.  For quite awhile I thought he was really helping me become a government law enforcement officer.  However, I realize that was never the case.  Unfortunately, my pride and excitement got the better of me and I followed his lead right up until our arrests, even when we were misleading people about my position with USSP and it being a part of DHS.  I trusted that Mr. Taherzadeh would make sure everything would be alright, which was another huge mistake in my life.

I am finally getting the message that I have been far too trusting, particularly when it involves my belief people are going to solve my problems.  I accepted advice from people I thought I knew well but didn't really know at all. Each time when the individuals assured me they could help me get my finances and life back in order instead of saying "no thanks" I went along with them anyway.  I realize now how wrong my judgment and conduct was. That is not how I was raised. I was raised by hardworking, good, honest parents who taught me better. Since my arrest and since everything  has been out in the open, I have had the opportunity to have some very positive conversations with my father and other family members. I have also had many lengthy conversations with my attorney. Everyone has been direct with me and helped me understand that I have to accept responsibility for my mistakes, and make the changes necessary so I do not repeat past mistakes. My eyes are wide open now. I am seeking counseling and rehabilitation to rectify my behavior and ensure that such actions will never be repeated. I know I can not blindly trust people to solve my problems.

I pledge to continue to work hard to learn from my mistakes and strive to become a law-abiding and responsible member of society. Again I can not say it loud enough or strong enough - I am truly sorry for the harm I have caused and the disappointment I have brought upon myself, my family, and my community.

I understand the significance of your role in ensuring justice. I simply ask that you also consider the good I have done in my life, including my positive contributions to the community, and to my wife, children, and family who have been dependent on my help and support over the years, and grant whatever mercy and leniency you see fit. I will comply with any sentence and penalties imposed upon me,  and I am willing to engage in any community service, probation supervision or restorative measures that may be appropriate.

Finally, I want to assure Your Honor that I understand the seriousness of these matters, and I promise to cooperate fully with the court's decisions. I understand that actions speak louder than words, and I am determined to demonstrate my remorse through positive actions and responsible behavior moving forward. I promise to use this experience as a turning point and work towards becoming a better person and I hope that the court can find it in its wisdom to grant me a second chance to prove myself.

Thank you for taking the time to read this letter and consider my apology.


Respectfully,

Haider Ali