**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Crim. No. 22 - 133 - 02 (CKK)** |
| | ) | |
| | ) | |
| **HAIDER  ALI** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO RECOMMEND TRANSFER TO CTF**
**AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW Haider Ali, through undersigned counsel, and respectfully move this Court to recommend that he be transferred from the D.C. Jail to the Correctional Treatment Facility ("CTF").  In support of this motion defendant states as follows:

Haider Ali was recently before the Court for sentencing based on the defendant's plea to a three count superseding criminal Information charging him with: 1) conspiracy to commit fraud; 2) bank fraud; and 3) possession of a large capacity ammunition feeding device.

Mr. Ali had been on court supervision for more than 15 months under very strict home incarceration conditions, and had been extremely compliant. The assigned PSA Officer repeatedly confirmed Mr. Ali's high level of compliance and regard for the Court's conditions. Probation recommended that he is a good candidate for self-surrender. Nevertheless, government recommended that Mr. Ali be remanded pending his BOP designation, and the Court granted that request.  At that time, the Court also indicated that it would be willing to recommend that Mr. Ali be held at the Correctional Treatment Facility ("CTF"), rather than the D.C. Jail.

Mr. Ali is currently being housed at the D.C. Jail.  As the Court is aware, the D.C. Jail has many inmates who are charged with very violent offenses.  The D.C. Jail houses many inmates are younger and more immature, and many of the inmates at the D.C. Jail are charged with serious crimes of violence - including murder. There have been numerous violent inmate on inmate assaults at the jail in recent years.  The potential for incidents of violence is far greater at

the D.C. Jail than at the Correctional Treatment Facility ("CTF"). The U.S. Marshal's report highlighted the many problems at the Jail. Moreover, according to a WUSA 9 report, over the weekend there was another stabbing at the D.C. Jail resulting in the death of an inmate.

Counsel would also note that Mr. Ali could be at greater risk of harm because of the publicity about his involvement in impersonating a federal law enforcement officer. Thus, counsel is requesting that the Court formally recommend that Mr. Ali be transferred forthwith to the Correctional Treatment Facility, which does not house the more violent offenders. Moreover, by Mr. Ali's actions during the pendency of the case, he has demonstrated that he is an appropriate individual to be housed at CTF.

The government takes no position regarding the request for a recommendation that Mr. Ali be transferred to CTF during the pendency of the BOP designation process.

WHEREFORE, for all the reasons set forth above, the defendant respectfully requests that the Court recommend that Haider Ali (DCDC# 380787) be transferred FORTHWITH from the D.C. Jail to the Correctional Treatment Facility ("CTF").

Respectfully submitted,


____/s/_____
Howard B. Katzoff
717 D Street,  NW   Suite 310
Washington, D.C. 20004
Counsel for Haider Ali
katzoffh@aol.com
(202) 783-6414


## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd  day of ___August_____, 2023,  a copy of the foregoing Motion was filed via the Electronic Court Filing System (ECF), causing a copy to be served electronically on government counsel of record.


____/s/_____
Howard B. Katzoff