UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 22 - 133 - 02 (CKK) |
| | ) |
| HAIDER ALI | ) |

## ORDER FOR JUDICIAL RECOMMENDATION FOR TRANSFER TO CTF

The Court has considered the defendant's request for a recommendation for a transfer FORTHWITH to the Correctional Treatment Facility ("CTF"), the fact that the Government takes no position, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, this _22nd_ day of _August_, 2023, the Court hereby **RECOMMENDS** that the D.C. Department of Corrections promptly transfer Haider Ali (DCDC # 380787) to the Correctional Treatment Facility ("CTF").

_____
COLLEEN KOLLAR KOTELLY
United States District Court Judge

Copies:
Howard Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Joshua Rothstein, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Prisoner Coordination Section
United States Marshal's Service

Office of the Warden
D.C. Department of Corrections